65 So.2d 212

### Edward TAIT v. STATE.
### I Div. 557.

Supreme Court of Alabama.
May 14, 1953.

V. R. Jansen, Mobile, and Walter J. Knabe and Bernard Lobman, Montgomery, for petitioner.

Si Garrett, Atty. Gen., and Maury D. Smith, Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of Edward Tait for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Tait v. State, Ala.App., 65 So.2d 208.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and GOODWYN, JJ., concur.